*Johnston* and *Mr. Lucius E. Varney* for petitioner. *Mr. Charles A. Brown* for respondent.

No. 133. LUTHER M. NESMITH *v.* STATE OF OHIO. Error to the Supreme Court of the State of Ohio. Motion to dismiss submitted January 16, 1922. Decided January 30, 1922. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *Farrell* v. *O'Brien,* 199 U. S. 89, 100; *Toop* v. *Ulysses Land Co.,* 237 U. S. 580, 583; *Piedmont Power & Light Co.* v. *Graham,* 253 U. S. 193, 195. *Mr. Smith W. Bennett* and *Mr. Benjamin F. James* for plaintiff in error. *Mr. John G. Price* for defendant in error.

No. 344. KING COUNTY *v.* HEWITT-LEA LUMBER COMPANY. Error to the Supreme Court of the State of Washington. Motion to dismiss and petition for a writ of certiorari submitted January 23, 1922. Decided January 30, 1922. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *Schlosser* v. *Hemphill,* 198 U. S. 173, 175; *Louisiana Navigation Co.* v. *Oyster Commission of Louisiana,* 226 U. S. 99, 101; *Coe* v. *Armour Fertilizer Works,* 237 U. S. 413, 418, 419; *Gray's Harbor Co.* v. *Coats-Fordney Co.,* 243 U. S. 251, 255; *Bruce* v. *Tobin,* 245 U. S. 18, 19. Writ of certiorari denied upon the same ground. *Mr. Howard A. Hanson* and *Mr. Malcolm Douglas* for plaintiff in error. *Mr. James B. Howe* for defendant in error.